UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TRAVARIS RASHAD BOYKIN,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:23-cv-326-ACA-GMB |
| **OFFICER COREY FOX,** | ) |
| **Defendant.** | ) |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on May 1, 2024, recommending that the court treat Defendant Office Corey Fox's special report as a motion for summary judgment and also that the court grant the motion. (Doc. 34). Although the court advised the parties of their right to file specific written objections within 14 days, the court has not received any objections.

A party's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **WILL GRANT** Officer Fox's motion for summary judgment. (Docs. 26, 27).

**DONE** and **ORDERED** this May 22, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE